```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA




AMERICAN AUTOMOBILE ASSOC., INC, )
                                 )       1:08-CV-745 OWW SMS
                                 )
                 Plaintiff,      )
                                 )
       v.                        )       ORDER DISMISSING ACTION
                                 )
RICHARD ONOCHIE,                 )
TRAVELODGE MODESTO,              )
                                 )
                                 )
                 Defendant.      )
                                 )
                                 )
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:   July 23, 2008**              /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE